Certificate Number: 13858-PAE-DE-030408214

Bankruptcy Case Number: 17-16447



13858-PAE-DE-030408214

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 9, 2018, at 5:11 o'clock PM EST, Linda Kish completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 9, 2018         By:    /s/Nicholas Vazquez

                              Name:  Nicholas Vazquez

                              Title: Counselor