United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Linda L. Kish  
    Debtor

Case No. 17-16447-ref  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Keith | Page 1 of 1 | Date Rcvd: Aug 09, 2018 |
|---|---|---|---|
| | Form ID: 155 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2018.
db          Linda L. Kish,   1692 Poplar St,   Northampton, PA 18067-1462

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2018 at the address(es) listed below:
      MATTEO SAMUEL WEINER   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      MICHAEL J. MCCRYSTAL   on behalf of Debtor Linda L. Kish mccrystallaw@gmail.com, sueparalegal@gmail.com
      ROLANDO   RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE RRamos-Cardona@fredreiglech13.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM   MILLER*R   ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
    TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Linda L. Kish
    Debtor(s)

Chapter: 13

Bankruptcy No: 17−16447−ref

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 9, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Richard E. Fehling
    Chief Judge ,
    United States Bankruptcy Court

25
Form 155