**United States Bankruptcy Court**
**Eastern District of Pennsylvania, Reading Division**

**IN RE:**  Case No. **4:17-bk-16447**

**Kish, Linda L.**  Chapter **13**

Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on **September 27, 2018**, a copy of **Notice and Motion for Professional Compensation** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Respectfully submitted,
**Kish, Linda L.**

*/s/ Michael J McCrystal*
**Michael J McCrystal 55064**
**McCrystal Law Offices**
**151 Main St Ste A**
**Emmaus, PA  18049-4026**
**(610) 262-7873  Fax: (610) 262-2219**
**mccrystallaw@gmail.com**

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**Kish, Linda L.**
**1692 Poplar St**
**Northampton, PA  18067-1462**

**Amerimark**
**PO Box 2845**
**Monroe, WI  53566-8045**

**Capital One Bank USA**
**PO Box 30281**
**Salt Lake City, UT  84130-0281**

**Comenity Bank**
**Bankruptcy Department**
**PO Box 182125**
**Columbus, OH  43218-2125**

**Comenity Bank**
**Bankruptcy Department**
**PO Box 182125**
**Columbus, OH  43218-2125**

**Comenity Bank**
**Bankruptcy Department**
**PO Box 182125**
**Columbus, OH  43218-2125**

**First National Credit Card**
**500 E 60th St N**
**Sioux Falls, SD  57104-0478**

**Kohls/Capital One**
**PO Box 3115**
**Milwaukee, WI  53201-3115**

**Northland Group**

**Patenaude & Felix APC**
**4545 Murphy Canyon Rd Fl 3**
**San Diego, CA  92123-4363**

**Pay Pal Credit**
**1930 Thoreau Dr N Ste 100**
**Schaumburg, IL  60173-4179**

**PNC Bank**
**Consumer Loan Ctr**
**2730 Liberty Ave MSC P5-PCLC-A2-R**
**Pittsburgh, PA  15222**

**PPL Gold FC**
**4703 Hamilton Blvd**
**Allentown, PA  18103-6066**

**SYNCB**
**Attn. Bankruptcy Department**
**PO Box 965005**
**Orlando, FL  32896-5005**

**SYNCB**
**PO Box 965005**
**Orlando, FL  32896-5005**

**SYNCB**
**Attn. Bankruptcy Department**
**PO Box 965005**
**Orlando, FL  32896-5005**

**Target  Card Services**
**PO Box 9500**
**Minneapolis, MN  55440-9500**

**Wells Fargo Card**
**PO Box 14517**
**Des Moines, IA  50306-3517**

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)