United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 17-16447-ref
Linda L. Kish    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Oct 22, 2018
                         Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2018.
db           Linda L. Kish,    1692 Poplar St,    Northampton, PA   18067-1462

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2018 02:43:40      Synchrony Bank,
          c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                          TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2018 at the address(es) listed below:
         MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com
         MICHAEL J. MCCRYSTAL    on behalf of Debtor Linda L. Kish mccrystallaw@gmail.com,
          sueparalegal@gmail.com
         ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
          RRamos-Cardona@fredreiglech13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                                                                           TOTAL: 5

IN RE: Linda Kish

IN THE UNITED STATES
BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF
PENNSYLVANIA

CASE NO. 17-16447-ref
Chapter 13

## *ORDER*

AND NOW, upon the certification of Michael J. McCrystal, Esquire, attorney for the debtors, of the legal work performed in the above proceeding and there being no objection thereto, IT IS ORDERED:

1. Michael J. McCrystal, Esquire is allowed a fee in the amount of two thousand five hundred sixty six and sixty seven cents ($2,566.67) {less the sum of $1,200.00 already received} for services rendered as set forth in the FINAL Application for Approval of Professional Compensation.

2. Michael J. McCrystal, Esquire is allowed reimbursement for expenses in the amount of zero cents ($0.00).

3. A net claim is allowed in favor of Michael J. McCrystal, Esquire in the amount of two thousand seven hundred fifty dollars ($2,750.00).

BY THE COURT:

**Date: October 22, 2018**

_____
USBJ