Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-16447-PMM**

LINDA L.  KISH
1692 POPLAR ST.
NORTHAMPTON  PA    18067-1462

Petition Filed Date: 09/20/2017
341 Hearing Date: 11/28/2017
Confirmation Date: 08/09/2018

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $300.00 | | 02/05/2019 | $300.00 | | 03/07/2019 | $300.00 | |
| 04/01/2019 | $300.00 | | 05/02/2019 | $300.00 | | 06/10/2019 | $300.00 | |
| 07/08/2019 | $300.00 | | 08/05/2019 | $300.00 | | 08/08/2019 | ($300.00) | Reverse Transa |
| 08/15/2019 | $300.00 | | 09/04/2019 | $300.00 | | 10/03/2019 | $300.00 | 6227928000 |
| 11/04/2019 | $300.00 | 6300116000 | 12/16/2019 | $300.00 | 6403821000 | 01/09/2020 | $300.00 | 6469863000 |
| 02/12/2020 | $300.00 | 6556228000 | 03/12/2020 | $300.00 | 6634555000 | 04/07/2020 | $300.00 | 6697190000 |
| 05/13/2020 | $300.00 | 6786865000 | 06/11/2020 | $300.00 | 6859422000 | 07/08/2020 | $300.00 | 6927109000 |
| 08/03/2020 | $300.00 | 6988679000 | | | | | | |

**Total Receipts for the Period:  $6,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $10,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | BECKET & LEE, LLP  »» 004 | Unsecured Creditors | $692.06 | $108.24 | $583.82 |
| 1 | FIRST NATIONAL BANK OMAHA  »» 001 | Unsecured Creditors | $2,517.89 | $393.75 | $2,124.14 |
| 7 | LVNV FUNDING LLC  »» 007 | Unsecured Creditors | $9,630.26 | $1,506.19 | $8,124.07 |
| 5 | PNC BANK NA  »» 005 | Secured Creditors | $32,367.33 | $0.00 | $32,367.33 |
| 6 | SYNCHRONY BANK  »» 006 | Unsecured Creditors | $3,548.54 | $555.02 | $2,993.52 |
| 8 | TD BANK USA NA  »» 008 | Unsecured Creditors | $560.85 | $87.76 | $473.09 |
| 3 | WELLS FARGO BANK NEVADA NA  »» 003 | Unsecured Creditors | $16,081.06 | $2,515.08 | $13,565.98 |
| 2 | WELLS FARGO BANK NA  »» 002 | Unsecured Creditors | $16,039.84 | $2,508.69 | $13,531.15 |
| 9 | McCRYSTAL LAW OFFICES  »» 009 | Attorney Fees | $1,366.67 | $1,366.67 | $0.00 |

**Chapter 13 Case No. 17-16447-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,500.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $9,041.40 | Arrearages: | ($300.00) |
| Paid to Trustee: | $918.60 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $540.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.