| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-16447-PMM**

LINDA L.  KISH
1692 POPLAR ST.
NORTHAMPTON  PA    18067-1462

Petition Filed Date: 09/20/2017
341 Hearing Date: 11/28/2017
Confirmation Date: 08/09/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2020 | $300.00 | 6469863000 | 02/12/2020 | $300.00 | 6556228000 | 03/12/2020 | $300.00 | 6634555000 |
| 04/07/2020 | $300.00 | 6697190000 | 05/13/2020 | $300.00 | 6786865000 | 06/11/2020 | $300.00 | 6859422000 |
| 07/08/2020 | $300.00 | 6927109000 | 08/03/2020 | $300.00 | 6988679000 | 09/10/2020 | $300.00 | 7077523000 |
| 10/08/2020 | $300.00 | 7147391000 | 11/13/2020 | $300.00 | 7229283000 | 12/18/2020 | $300.00 | 7314607000 |
| 01/19/2021 | $300.00 | 7383230000 | 02/18/2021 | $300.00 | 7461669000 | 03/11/2021 | $300.00 | 7517632000 |
| 04/14/2021 | $300.00 | 7599192000 | 05/03/2021 | $300.00 | 7644680000 | | | |

**Total Receipts for the Period: $5,100.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | BECKET & LEE, LLP<br>»» 004 | Unsecured Creditors | $692.06 | $143.26 | $548.80 |
| 1 | FIRST NATIONAL BANK OMAHA<br>»» 001 | Unsecured Creditors | $2,517.89 | $521.21 | $1,996.68 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $9,630.26 | $2,048.43 | $7,581.83 |
| 5 | PNC BANK NA<br>»» 005 | Secured Creditors | $32,367.33 | $0.00 | $32,367.33 |
| 6 | SYNCHRONY BANK<br>»» 006 | Unsecured Creditors | $3,548.54 | $754.84 | $2,793.70 |
| 8 | TD BANK USA NA<br>»» 008 | Unsecured Creditors | $560.85 | $119.36 | $441.49 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $16,081.06 | $3,420.54 | $12,660.52 |
| 2 | WELLS FARGO BANK NA<br>»» 002 | Unsecured Creditors | $16,039.84 | $3,411.85 | $12,627.99 |
| 9 | McCRYSTAL LAW OFFICES<br>»» 009 | Attorney Fees | $1,366.67 | $1,366.67 | $0.00 |

**Chapter 13 Case No. 17-16447-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,200.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $11,786.16 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,125.60 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $288.24 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.