United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 17-16447-pmm
Linda L. Kish | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Aug 04, 2022      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Linda L. Kish, Deceased, 1692 Poplar St, Northampton, PA 18067-1462 |
| 14204585 | + | 151 Main Street, 151 Main Street, STE A, Emmaus, PA 18049-4026 |
| 14000134 | + | PNC Bank, National Association, c/o Matteo S. Weiner, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 13987216 | | PPL Gold FC, 4703 Hamilton Blvd, Allentown, PA 18103-6066 |
| 13987215 | | Pay Pal Credit, 1930 Thoreau Dr N Ste 100, Schaumburg, IL 60173-4179 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 04 2022 23:48:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 04 2022 23:49:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13987209 | | Email/Text: bankruptcy@sccompanies.com | Aug 04 2022 23:48:00 | Amerimark, PO Box 2845, Monroe, WI 53566-8045 |
| 13987210 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2022 23:50:08 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14024945 | | Email/PDF: bncnotices@becket-lee.com | Aug 04 2022 23:50:10 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13987211 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 04 2022 23:48:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 13987212 | | Email/Text: BNSFN@capitalsvcs.com | Aug 04 2022 23:48:00 | First National Credit Card, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 13990809 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 04 2022 23:48:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 13987213 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 04 2022 23:48:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14060519 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2022 23:49:57 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14030572 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 04 2022 23:48:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13987533 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 04 2022 23:49:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13987218 | | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2022 23:50:08 | SYNCB, Attn. Bankruptcy Department, PO Box |

Case 17-16447-pmm Doc 43 Filed 08/06/22 Entered 08/07/22 00:28:36 Desc Imaged
Certificate of Notice Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 25 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 965005, Orlando, FL 32896-5005 |
| 13987217 | | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2022 23:50:08 | SYNCB, PO Box 965005, Orlando, FL 32896-5005 |
| 14060328 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2022 23:50:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14062707 | + | Email/Text: bncmail@w-legal.com | Aug 04 2022 23:48:00 | TD BANK USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 13987219 | | Email/Text: bncmail@w-legal.com | Aug 04 2022 23:48:00 | Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 13992884 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 05 2022 00:00:20 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14002811 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 05 2022 00:00:27 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13987220 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 04 2022 23:50:13 | Wells Fargo Card, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13987214 | ## | Patenaude & Felix APC, 4545 Murphy Canyon Rd Fl 3, San Diego, CA 92123-4363 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MATTEO SAMUEL WEINER | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Linda L. Kish mccrystallaw@gmail.com sueparalegal@gmail.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 25

ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>  LINDA L. KISH | Chapter 13<br><br>Bankruptcy No. 17-16447-PMM |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 4, 2022**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE