Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 17-16447-PMM

LINDA L. KISH (DECEASED)
1692 POPLAR ST.
NORTHAMPTON  PA    18067-1462

Petition Filed Date: 09/20/2017
341 Hearing Date: 11/28/2017
Confirmation Date: 08/09/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 04/14/2021 | $300.00 | 7599192000 | 05/03/2021 | $300.00 | 7644680000 | 06/11/2021 | $300.00 | 7737192000 |
| 07/16/2021 | $300.00 | 7815574000 | 08/13/2021 | $300.00 | 7878193000 | 09/16/2021 | $300.00 | 7952617000 |
| 10/18/2021 | $300.00 | 8016806000 | 11/16/2021 | $300.00 | 8079753000 | 12/09/2021 | $300.00 | 8135513000 |
| 01/12/2022 | $300.00 | 8206002000 | 02/10/2022 | $300.00 | 8269213000 | 03/21/2022 | $300.00 | 8348391000 |

**Total Receipts for the Period: $3,600.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | BECKET & LEE, LLP »» 004 | Unsecured Creditors | $692.06 | $189.59 | $502.47 |
| 1 | FIRST NATIONAL BANK OMAHA »» 001 | Unsecured Creditors | $2,517.89 | $689.74 | $1,828.15 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $9,630.26 | $2,638.39 | $6,991.87 |
| 5 | PNC BANK NA »» 005 | Secured Creditors | $32,367.33 | $0.00 | $32,367.33 |
| 6 | SYNCHRONY BANK »» 006 | Unsecured Creditors | $3,548.54 | $972.20 | $2,576.34 |
| 8 | TD BANK USA NA »» 008 | Unsecured Creditors | $560.85 | $150.56 | $410.29 |
| 3 | WELLS FARGO BANK NEVADA NA »» 003 | Unsecured Creditors | $16,081.06 | $4,405.64 | $11,675.42 |
| 2 | WELLS FARGO BANK NA »» 002 | Unsecured Creditors | $16,039.84 | $4,394.46 | $11,645.38 |
| 9 | McCRYSTAL LAW OFFICES »» 009 | Attorney Fees | $1,366.67 | $1,366.67 | $0.00 |

**Chapter 13 Case No. 17-16447-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,200.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $14,807.25 | Arrearages: | $1,200.00 |
| Paid to Trustee: | $1,389.60 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $3.15 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.